Michael A. Isaacs, CSBN 99782
Charles P. Maher, CSBN 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone No.: 415.356.4600
Fax No.: 415.356.4610

Counsel for Andrea A. Wirum
Trustee in Bankruptcy
Entered on Docket
October 12, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed October 12, 2007

_Marilyn Morgan_
Marilyn Morgan
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re

CALIFORNIA PLAN, INC.,

　　　　Debtor.

ANDREA A. WIRUM, Trustee,

　　　　Plaintiff,

vs.

THOMAS W. CHALLMAN,

　　　　Defendant.

Case No. 06-50442-MM
Chapter 7

Adversary Proceeding
No. 07-5060

## JUDGMENT ON STIPULATION

Based on the stipulation of Plaintiff and Defendant to entry of judgment on Plaintiff's third and fourth claims for relief, it appearing that Plaintiff has obtained an order authorizing her to enter into the stipulation, and it further appearing that good cause exists,

JUDGMENT IS ENTERED as follows:

1.　　Transfers totaling $75,000 made to or for the benefit of Thomas W. Challman within 90 days of the commencement of the above bankruptcy case by the filing of an involuntary petition are avoided under 11 U.S.C. § 547(b) and preserved for the benefit of the estate under 11

1 | U.S.C. § 551, pursuant to Plaintiff's third claim for relief.

2. Plaintiff shall have a money judgment in the amount of $75,000 on her third claim for relief under 11 U.S.C. § 550.

3. Pursuant to Plaintiff's fourth claim for relief, any claim in favor of Thomas W. Challman is disallowed under 11 U.S.C. § 502(d) and not entitled to a distribution until he has satisfied in full Plaintiff's money judgment against him under her third claim for relief.

4. Plaintiff shall take nothing by her first and second claims for relief and those are dismissed.

**  END OF JUDGMENT  **

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Charles P. Maher, State Bar No. 124748 |
| | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| 4 | Rincon Center II, 121 Spear Street, Suite 200 |
| | San Francisco, California 94105-1582 |
| 5 | |
| 6 | |
| 7 | Christopher J. Cole, Esq. |
| | 601 Montgomery Street, Suite 712 |
| 8 | San Francisco, CA 94111 |

301015880.1