```
 1  Charles P. Maher, State Bar No. 124748
    Nhung Le, State Bar No. 209552
 2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
    Rincon Center II, 121 Spear Street, Suite 200
 3  San Francisco, California 94105-1582
    Telephone No.: 415.356.4600
 4  Fax No.: 415.356.4610

 5

 6  Counsel for Plaintiff Andrea A. Wirum,
    Trustee in Bankruptcy
```

**FILED**
JAN 1 1 2010
CLERK
United States Bankruptcy Court
San Jose California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re | Case No. 06-50442 MM<br>Chapter 7 |
|---|---|
| CALIFORNIA PLAN, INC.,<br><br>Debtor. | |
| ANDREA A. WIRUM, Trustee,<br><br>Plaintiff.<br><br>v.<br><br>THOMAS W. CHALLAM,<br><br>Defendant. | Adversary Proceeding<br>No. 07-5060<br><br>**DECLARATION OF NHUNG LE REGARDING REQUEST FOR WRIT OF EXECUTION AND PAYMENT ON THE JUDGMENT** |

I, Nhung Le, declare as follows:

1. I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, counsel to Andrea A. Wirum, Plaintiff in the above adversary proceeding and Chapter 7 Trustee of the estate of the above Debtor.

2. On October 12, 2007, the United States Bankruptcy Court for the Northern District of California, San Jose Division, entered a stipulated judgment against Thomas W. Challam in the above referenced adversary proceeding in the principal amount of $75,000. Attached as **Exhibit A** is a true and correct copy of the Judgment.

3. As of the date of this declaration, Plaintiff has not received any payments from Defendant on account of the judgment.

I declare under penalty of perjury that the above statements are true and that if called as a witness I could and would testify to their truthfulness. This declaration is executed on the 8th day of January 2010 in San Francisco, California.

_____
NHUNG LE

301161135.1

Michael A. Isaacs, CSBN 99782
Charles P. Maher, CSBN 124748
LUCE, FORWARD, HAMILTON
 & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone No.: 415.356.4600
Fax No.: 415.356.4610

Counsel for Andrea A. Wirum
Trustee in Bankruptcy

Entered on Docket
October 12, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed October 12, 2007

Marilyn Morgan
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>CALIFORNIA PLAN, INC.,<br><br>Debtor. | Case No. 06-50442-MM<br>Chapter 7 |
| ANDREA A. WIRUM, Trustee,<br><br>Plaintiff.<br><br>vs.<br><br>THOMAS W. CHALLMAN,<br><br>Defendant. | Adversary Proceeding<br>No. 07-5060 |

### JUDGMENT ON STIPULATION

Based on the stipulation of Plaintiff and Defendant to entry of judgment on Plaintiff's third and fourth claims for relief, it appearing that Plaintiff has obtained an order authorizing her to enter into the stipulation, and it further appearing that good cause exists,

JUDGMENT IS ENTERED as follows:

1. Transfers totaling $75,000 made to or for the benefit of Thomas W. Challman within 90 days of the commencement of the above bankruptcy case by the filing of an involuntary petition are avoided under 11 U.S.C. § 547(b) and preserved for the benefit of the estate under 11

**EXHIBIT A**

1

Case: 07-05060   Doc# 15   Filed: 01/11/10   Entered: 01/12/10 13:05:24   Page 3 of 5

1 | U.S.C. § 551, pursuant to Plaintiff's third claim for relief.

2. Plaintiff shall have a money judgment in the amount of $75,000 on her third claim for relief under 11 U.S.C. § 550.

3. Pursuant to Plaintiff's fourth claim for relief, any claim in favor of Thomas W. Challman is disallowed under 11 U.S.C. § 502(d) and not entitled to a distribution until he has satisfied in full Plaintiff's money judgment against him under her third claim for relief.

4. Plaintiff shall take nothing by her first and second claims for relief and those are dismissed.

** END OF JUDGMENT **

**EXHIBIT A**

2

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Charles P. Maher, State Bar No. 124748 |
| | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| 4 | Rincon Center II, 121 Spear Street, Suite 200 |
| | San Francisco, California 94105-1582 |
| 5 | |
| 6 | |
| 7 | Christopher J. Cole, Esq. |
| | 601 Montgomery Street, Suite 712 |
| 8 | San Francisco, CA 94111 |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | 301015880.1 |

**EXHIBIT A**

3