UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**FILED**
NOV 0 4 2010
CLERK
United States Bankruptcy Court
San Jose, California

In re

CALIFORNIA PLAN, INC.,

        Debtor.

ANDREA A. WIRUM, Trustee,

        Plaintiff,
v.

THOMAS W. CHALLMAN,

        Defendant.

Case No. 06-50442 CN
Chapter 7
The Hon. Charles Novack

Adv Pro. No. 07-5060

**ABSTRACT OF JUDGMENT**

Date of entry of the judgment or decree:    October 12, 2007

Judgment debtors:    Thomas W. Challman, 307 Henderson Drive, San Jose, CA 95123

Judgment creditor:    Andrea A. Wirum, Trustee in Bankruptcy of the estate of California Plan, Inc., P.O. Box 1108, Lafayette, CA 94549

Drivers License No. and State: Unknown, CA
Social Security No. XXX-XX-2620

Amount of the judgment or decree:
| | | |
|---|---|---|
| | $75,000.00 | Principal |
| | $ | Pre-judgment interest |
| | $ | Costs. |
| | $75,000.00* | Total Judgment |

* Plus post-judgment interest at legal rate

Appeals when taken:    N/A

Judgment of Appellate Court:    N/A

Satisfaction of judgment:    N/A

UNITED STATES OF AMERICA    )
Northern District of California    )

    I, Gloria L. Franklin, Clerk of the United States Bankruptcy Court, Northern District of California, certify that the foregoing is a true and correct abstract of the judgment or decree entered in this cause.

GLORIA L. FRANKLIN

Dated: NOV 0 4 2010

*Gloria L. Franklin*
Clerk

By: TAMMIE L. ADRA
Deputy Clerk